**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON  **DATE**:  NOVEMBER 13, 2024

**JUDGE**:  ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE**:   **DOCKET NO.**
UNITED STATES OF AMERICA.
v.
MOSHE SILBER (DEFENDANT NOT PRESENT)   24-CR-446-01 (RK)
FREDERICK SCHULMAN (DEFENDANT NOT PRESENT)   24-CR-497-01 (RK)

**APPEARANCES**:
Babasijibomi Moore, AUSA for the Government
Eric Kanefsky, Esq., counsel for Defendant (24-CR-446)
Justin Weitz, Esq. and Sandra, Moser, Esq., counsel for Defendant (24-CR-497)

**NATURE OF PROCEEDINGS**:
Telephone Conference held.
Order to be issued.

**Time Commenced:**  4:33 p.m.
**Time Adjourned**:  5:08 p.m.
**Total Time**:  35 minutes

*s/ Patricia Markey*
DEPUTY CLERK
