DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDRICK SCHULMAN | Criminal No. 24-497 (RK)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning defendant FREDRICK SCHULMAN.

Date: December 24, 2024　　　　　　　　　VIKAS KHANNA
　　　　　　　　　　　　　　　　　　　　Attorney for the United States

　　　　　　　　　　　　　　By:　*s/ Martha K. Nye*
　　　　　　　　　　　　　　　　MARTHA K. NYE
　　　　　　　　　　　　　　　　Assistant U.S. Attorney