# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**DATE**: MARCH 18, 2025

**TITLE OF CASE**:

UNITED STATES OF AMERICA

v.

FREDERICK SCHULMAN

    DEFENDANT PRESENT

**CRIMINAL NO.  24-CR-497-1 (RK)**

**APPEARANCES**:

Martha Nye, AUSA and Babasijibomi Moore, AUSA for the Government

Lars Hansen, Special Agent with the Federal Housing Finance Agency Office of Inspector General

Justin Weitz, Esq., Sandra Moser, Esq. and Steven Strauss, Esq., counsel for the Defendant

Allison Slater, U.S. Probation

**NATURE OF PROCEEDINGS**: SENTENCING ON COUNT 1 OF THE INFORMATION

Hearing regarding loss amount as to Moshe Silber (24-CR-446) and Frederick Schulman (24-CR-497).

Parties consent to loss amount.

BREAK: 10:35 a.m. – 2:01 p.m.

Imprisonment: 12 months and 1 day.

Supervised Release: 1 year, with special conditions. Nine months of Supervised Release will be on house arrest with electronic monitoring.

Special Assessment:  $100.

Fine:  Waived.

Restitution Hearing to be scheduled.

Defendant advised of right to appeal.

Defendant released.

**Time Commenced:**   10:19 a.m.
**Time Adjourned**:      4:08 p.m.
**Total Time**:          2 hours 13 minutes

                                                              **s/ *Patricia Markey***
                                                                 DEPUTY CLERK