UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim No. 3:24-CR-497-(RK)1 |
| v | |
| FREDRICK SCHULMAN | **NOTICE OF MOTION TO AMEND CONDITIONS OF RELEASE** |

PLEASE TAKE NOTICE that on a date and time to be set by the Court, Jerome A. Ballarotto, Esquire, appearing on behalf of Defendant FREDRICK SCHULMAN, will move this court for a change in the conditions of pretrial release:

FREDRICK SCHULMAN requests this Court to Order the removal of the GPS monitoring device currently worn by the defendant, and release from House Arrest.

All other conditions of release shall remain the same.

/s/ JEROME A. BALLAROTTO
_____
JEROME A. BALLAROTTO, Esq.
NJ Bar No. 021301979
143 Whitehorse Avenue
Trenton, New Jersey 08610
(609) 581-8555
Attorney for Defendant FREDRICK SCHULMAN

Dated: July 24, 2025