# JEROME A BALLAROTTO
## ATTORNEY AT LAW

| | |
|---|---|
| **143 White Horse Avenue** | **604 Whitehead Street** |
| **Trenton, NJ 08610** | **Key West, FL 33040** |
| **609-581-8555** | **305-296-2270** |
| Email: JABESQUIRE@aol.com | www.ballarottolaw.com |

July 24, 2025

**VIA ECF**

Honorable Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building, & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ   08608

   RE: United States of America v. Fredrick Schulman
      Docket No.:. 3:24-CR-497-(RK)1

Your Honor:

  Please accept this letter in support of Fredrick Schulman's Motion to remove the GPS monitoring device he is currently wearing and release from house arrest.

  At the time of his initial appearance, on 8/1/24, Fredrick Schulman was released on a $100,000.00 unsecured Bond. He complied with the conditions of the bond, however, on 2/10/25, subsequent to charges being filed in Pennsylvania, the Government moved for the imposition of house arrest and placement of the current GPS monitor on Fredrick Schulman. Defense counsel consented to this pretrial release condition.

  Since the time of the placement of the GPS monitor, substantial changes have taken place in Pennsylvania. Attached to this letter is a letter from Allegheny District Attorney Jon M. Pittman.

He reveals that 5 of the 6 charges against Fredrick Schulman have been dismissed and confirms that Fredrick Schulman has been cooperating with his office's investigation. In addition, District Attorney Pittman states that "my office takes no issue with Mr. Schulman being let off house arrest on his Federal matter, as I understand it has been causing physical complications to his legs and ankles."

I have discussed this matter with A.U.S.A. Nye who has stated that the Government will "take no position concerning this motion."

For these reasons, I request that Your Honor grant this Motion and Order the removal of the GPS monitor being worn by Fredrick Schulman and the pretrial release conditions of House Arrest. Naturally, he will remain on pretrial release pursuant to the original $100,000.00 unsecured bond set by the Court on 8/1/24.

Very truly yours,

/s/Jerome A. Ballarotto
Jerome A. Ballarotto, Esquire

JAB/taw
Attachment
cc: Martha Nye, A.U.S.A.



# COUNTY OF ALLEGHENY

## OFFICE OF THE DISTRICT ATTORNEY

1444 HILLSDALE AVENUE
PITTSBURGH, PENNSYLVANIA 15216
PHONE (412) 388-5300 • FAX (412) 388-5324

**STEPHEN A. ZAPPALA, JR.**
**DISTRICT ATTORNEY**

July 21, 2025

To the Honorable Robert Kirsch,

As you may know, I am the prosecutor in the case of Commonwealth of Pennsylvania v. Frederick Schulman, case number CP-02-CR-0002001-2025. I have been asked to address the status of Mr. Schulman's electronic home monitoring regarding his physical difficulties, as well as the status of the case. On July 14, 2025, my office entered a Partial Nolle Prosse on Mr. Schulman's case, withdrawing five of the six felony charges that were filed against him. Also, Mr. Schulman has been fully cooperative with my office and provided testimony at the preliminary hearing of his codefendant, Moske Silber. On his state charges in Pennsylvania, Mr. Schulman has been on an Unsecured Bond and, to my knowledge, has been fully compliant. My office takes no issue with Mr. Schulman being let off house arrest on his federal matter, as I understand it has been causing physical complications to his legs and ankles.

If you have any questions or concerns regarding this letter, please do not hesitate to contact me. My work number is 412-388-1705 and my email address is jpittman@alleghenycountyda.us.

Jon M. Pittman
Deputy District Attorney
Allegheny County, Pennsylvania