# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**DATE**: JULY 30, 2025

**TITLE OF CASE**:

UNITED STATES OF AMERICA

v.

FREDERICK SCHULMAN
      DEFENDANT PRESENT

**CRIMINAL NO. 24-CR-497-1 (RK)**

**APPEARANCES**:

Martha Nye, AUSA for the Government

Jerome Ballarotto, Esq., counsel for the Defendant

**NATURE OF PROCEEDINGS**:  HEARING RE [56], MOTION TO MODIFY CONDITIONS OF RELEASE

Order to follow.

**Time Commenced:**   10:12 a.m.
**Time Adjourned**:   10:42 a.m.
**Total Time**:       30 minutes

                                        **s/ *Patricia Markey***
                                        DEPUTY CLERK