UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDRICK SCHULMAN | Hon. Robert Kirsch<br><br>Crim. No. 24-497 (RK)<br><br>**CONSENT ORDER** |

This matter having been opened to the Court by consent of both parties, the United States (Martha K. Nye, Assistant United States Attorney, appearing), and Jerome Ballarotto, Esq., counsel for the defendant, Fredrick Schulman, for an order modifying the conditions of defendant Schulman's release in order to facilitate his self-surrender to the Bureau of Prisons; and the Court having considered that defendant Schulman has been ordered to self-surrender to FCI-Fairton by noon on Thursday, September 25, 2025; and for good cause shown:

IT IS, therefore, on this 24th day of September, 2025,

ORDERED, that while present at the Southern District of New York's Pretrial Services Office, defendant Schulman shall be permitted to remove his electronic monitoring equipment on September 24, 2025, and return all equipment to Pretrial Services, ahead of his scheduled self-surrender to the Bureau of Prisons.

_____
HONORABLE ROBERT KIRSCH
United States District Judge