# JEROME A BALLAROTTO
## ATTORNEY AT LAW

| | |
|---|---|
| **143 White Horse Avenue** | **604 Whitehead Street** |
| **Trenton, NJ 08610** | **Key West, FL 33040** |
| **609-581-8555** | **305-296-2270** |
| **Email: JABESQUIRE@aol.com** | **www.ballarottolaw.com** |

September 30, 2025

**VIA ECF**

Honorable Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building, & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ   08608

        RE:    United States of America v.  Fredrick Schulman
                   Docket No.:. 3:24-CR-497-(RK)1

Your Honor:

    For the past 22 years I have practiced law in Key West with a very close friend, Cara Higgins. Last Saturday, for no apparent reason, Cara passed away in her sleep at the age of 51 leaving two teenage children. I am currently in Key West assisting her family with the administration of her estate and the winding down of her law practice.

    It is my understanding that Your Honor gave the parties until October 4th to come to an agreement as to the restitution amount in this case or Your Honor would schedule a hearing. As a result of my personal commitment in Key West to assist the family of Cara Higgins, on behalf of both Mr. Silber and Mr. Schulman I am requesting an additional 30 days to attempt to resolve this issue without the need for a hearing.

I have spoken to AUSA Martha Nye and she has no objection to this continuance.

Respectfully submitted,

/s/Jerome A. Ballarotto
Jerome A. Ballarotto, Esquire

JAB/taw

cc: Martha Nye, A.U.S.A.   (via ECF/email)