UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON  **DATE**: OCTOBER 24, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

| **TITLE OF CASE**: | **DOCKET NO.** |
|---|---|
| UNITED STATES OF AMERICA V FREDERICK SCHULMAN | 24-CR-497 (RK) |
| UNITED STATES OF AMERICA V MOSHE SILBER | 25-CR-446 (RK) |

**APPEARANCES**:

Martha Nye, AUSA and Babasijibomi Moore, AUSA, counsel for the Government

Jerome Ballarotto, Esq., counsel for the Defendants

**NATURE OF PROCEEDINGS**: TELPHONE CONFERENCE

Telephone Conference held.

Order to follow.

**Time Commenced:** 12:06 p.m.
**Time Adjourned**: 12:35 p.m.
**Total Time**: 29 minutes

s/ *Patricia Markey*
DEPUTY CLERK