## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDRICK SCHULMAN | Crim. Action No. 24-497 (RK)<br><br>**AMENDED ORDER** |

**THIS MATTER** comes before the Court upon review of its docket. The Court clarifies its December 23, 2025 Order as to the appropriate restitution owed for mortgage-fraud related losses caused by Defendants Boruch Drillman (Crim. Action No. 23-1053), Moshe Silber (Crim. Action No. 24-446), and Fredrick Schulman (Crim. Action No. 24-497) (collectively, "Defendants"). For the reasons stated in the Opinion dated December 23, 2025 and for good cause shown,

**IT IS**, on this 25th day of March, 2026,

**ORDERED** that Defendant Schulman shall pay restitution to Jones Lang LaSalle (200 E. Randolph St., Chicago, IL 60601) in the total amount of $21,733,158.50, as set forth in the Opinion dated December 23, 2025, for which the responsibility to pay shall be shared jointly and severally amongst all Defendants.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**